| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT  FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Smith, Ortrie D | 2. Court or Organization  U.S.D.C. MO, Western District | 3. Date of Report  2/28/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Court Judge (Active) | 5. ReportType (check appropriate type)  ○ Nomination, Date 6/30/1995  ○ Initial  ● Annual  ○ FInal | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  Room 8552 U.S. Couthouse  400 East 9th Street  Kansas City, MO 64106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman of the Board | Missouri Institute for Justice, Inc. |
| 2. | Fellow | Missouri Bar Foundation |
| 3. | Fellow | American Bar Foundation |
| 4. | Master | Ross T. Roberts Inn of Court |
| 5. | Director | The Foundation For Lawyers Encouraging Academic Performance |
| 6. | Director | Historical Society of the United States Courts for the Eighth Circuit |
| 7. | Secretary | Historical Society of the United States Courts for the Eighth Circuit - Western District of Missouri Branch |
| 8. | Director | University of Missouri-Kansas City Law School Alumni Association |
| 9. | Director | American Judicature Society |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Ortrie D | 2/28/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D | 2/28/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Abbott Laboratories - Com Stk | A | Dividend | | | Sold | 8/5 | J | C | |
| 2. Intel Corp - Com Stk | A | Dividend | K | T | | | | | |
| 3. Merck & Co Inc. - Com Stk | A | Dividend | J | T | | | | | |
| 4. Microsoft Corp - Com Stk | A | Dividend | L | T | Partial Sale | 12/16 | K | E | |
| 5. Wal-Mart Stores, Inc. - Com Stk | A | Dividend | L | T | | | | | |
| 6. New Perspective Fund, Inc. | A | Dividend | K | T | | | | | |
| 7. Putnam Voyager Fund - CL A | A | Dividend | K | T | Partial Sale | 8/10 | K | D | |
| 8. | | | | | Partial Sale | 8/12 | J | C | |
| 9. | | | | | Partial Sale | 8/12 | J | B | |
| 10. FHLMC MTG PARTNCTFS, GTD | A | Interest | J | T | | | | | |
| 11. FNMA GTD | A | Interest | J | T | | | | | |
| 12. Financing Corp CPN FICO STRIPS | | None | K | T | | | | | |
| 13. AMGEN, INC. - Com Stk | | None | K | T | | | | | |
| 14. Oracle Corp | | None | K | T | | | | | |
| 15. Household Finance Corp. - Senior Notes | A | Interest | | | Redeem | 5/17 | J | A | |
| 16. Garmin Ltd. | A | Dividend | K | T | Buy | 8/5 | J | | |
| 17. XM Satellite Radio | | None | | | Sold | 8/5 | J | C | |
| 18. Ishares MSCI | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D | 2/28/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Ishares Trust DJ Selected | A | Dividend | K | T | | | | | |
| 20. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 21. Medco Health Solutions* | A | None | | | Sold | 8/5 | J | B | |
| 22. Hospira, Inc.** | A | None | | | Buy | 5/7 | J | | |
| 23. | | | | | Sold | 8/5 | J | A | |
| 24. Putnam Equity Income CL A | A | Dividend | K | T | Buy | 8/10 | K | | |
| 25. | | | | | Buy | 10/11 | J | | |
| 26. Putnam New Value CL A | A | Dividend | K | T | Buy | 8/12 | J | | |
| 27. | | | | | Buy | 10/1 | J | | |
| 28. Putnam Health Sciences CL A | A | Dividend | K | T | Buy | 8/12 | J | | |
| 29. | | | | | Buy | 10/1 | J | | |
| 30. Ishares Trust S&P 500 | A | Dividend | J | T | Buy | 1/3 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Ortrie D | 2/28/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

*21.  Medco Health Solutions was a spin off of Merck.  The filer received ▇▇▇▇▇ on 8/25/03.  The holding was inadvertently omitted from the filer's 2003 report.  The ▇▇▇▇▇ were sold on 8/5/04.

**22.  Hospira, Inc. was a spin off of Abbot Laboratories.  The filer received ▇▇▇▇▇ on 5/7/04.  The stock was sold on 8/5/04.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Ortrie D | 2/28/2005 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Ortrie D | 2/28/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign ██████████████████████████

Date   2/28/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544